# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA v. JOSEPH KUZMIN*

Case No. 3:17-cr-00034-TMB-DMS

By:         THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:**    **ORDER FROM CHAMBERS**

       Having reviewed Magistrate Judge Smith's Initial Report and Recommendation on Defendant's Motion to Suppress Evidence (Docket 53), in conjunction with the parties' Objections and Responses (Dockets 54 & 55), and the Magistrate's Final Report and Recommendation (Docket 95), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Defendant's Motion to Suppress Evidence (Docket 20), is DENIED.

       **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: November 9, 2017